**Order entered October 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01220-CV

### IN THE INTEREST OF N.A. A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-14-01218-X**

## ORDER

The reporter's record in this termination of parental rights appeal is overdue. By postcard dated October 13, 2015, we notified Court Reporter Pamela Sumler that the reporter's record was overdue in this case. We directed Ms. Sumler to file the record within ten days and cautioned that any request for an extension must be submitted in writing explaining the extraordinary reasons for the delay. To date, the Court has not received a response.

Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file, within **TEN DAYS**, either (1) the reporter's record; or (2) written verification that appellant has not requested the record.

Because this is a parental termination case, we remind both the trial court and the court reporter that it is the responsibility of the court reporter to prepare, certify, and timely file the reporter's record and that the trial court must direct the court reporter to immediately commence

the preparation of the reporter's record. The trial court must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

We notify appellant that if we receive verification that no request for the record has been made, the appeal will be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Cheryl Lee Shannon
Presiding Judge of the 305th Judicial District Court

Pamela Sumler
Official Court Reporter, 305th Judicial District Court

All parties

/s/    CAROLYN WRIGHT
CHIEF JUSTICE